

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jos. B. Dart
County Attorney
Kendall County
Boerne, Texas

Dear Sir:

Opinion No. O-5359
Re: Schools for negro children.

This is in reply to your letter, in which you say:

"Our County Judge, Hon. B. R. Balser, has asked me to advise him on the following matter:

"We have within the limits of the Boerne Independent School District four negro children, children of transient war workers. We have a school building which was used several years ago for colored children but no provision has been made for a teacher. He wants to know if it is obligatory on the School Board to furnish a teacher for these four colored children.

"Art. 2900 R. S. provides that '. . . public school funds of this State shall be appropriated in each county for the education alike of white and colored children, and impartial provisions shall be made for both races. No white children shall attend schools supported for colored children, nor shall any colored children attend schools supported for white children. . . .'

"Art. 2901 provides that 'Every child in this State of scholastic age shall be permitted to attend the public free schools of the district or independent district in which it resides at the time it applies for admission, . . .'

Honorable Jos. B. Dart, page 2

"Art. 2902 provides that 'All children, with-
out regard to color, over six years of age and
under eighteen years of age at the beginning of
any scholastic year, shall be included in the
scholastic census and shall be entitled to the
benefit of the public school fund for that
year. . . .'

"I am unable to find any decisions bearing
on the question, and have accordingly advised
the County Judge that provision must be made to
take care of these four negroes.

"Will you kindly advise me if, in your opin-
ion, my advice is correct?"

You have correctly quoted the pertinent parts of
the Texas statutes concerning this question, and, therefore,
we will not repeat those statutes.

Under the above statutes, it is our opinion that
you have correctly advised Judge Balser. This conclusion
is also supported by the following authorities:

Mills v. Board of Education of Anne Arundel
County, 30 Fed. Supp. 245;

Missouri ex rel Gaines v. Canada, 83 L. Ed.
208.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:db

APPROVED JAN 9, 1944

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN